| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **TBL Logistics LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **85-2435884** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**993 Police Tower Rd**<br>**Appomattox, VA 24522**<br>Number, Street, City, State & ZIP Code<br><br>**Appomattox**<br>County | **Mailing address, if different from principal place of business**<br>**P.O. Box 193**<br>**Appomattox, VA 24522**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.tbl-logistics.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **TBL Logistics LLC** _____  Case number (*if known*)_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　**4841**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **TBL Logistics LLC**          Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor                                          Relationship
District                   When           Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
        Contact name
        Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **TBL Logistics LLC**      Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **TBL Logistics LLC**     Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 29, 2024**
                    MM / DD / YYYY

**X**   **/s/ Christopher Bradner and Melinda Bradner**     **Christopher Bradner and Melinda Bradner**
      Signature of authorized representative of debtor                  Printed name

Title    **49% Owner and 51% Owner**

**18. Signature of attorney**

**X**   **/s/ Stephen E. Dunn**                 Date   **February 29, 2024**
      Signature of attorney for debtor                                 MM / DD / YYYY

**Stephen E. Dunn 26355**
Printed name

**Stephen E. Dunn, PLLC**
Firm name

**201 Enterprise Drive**
**Suite A**
**Forest, VA 24551**
Number, Street, City, State & ZIP Code

Contact phone   **434-385-4850**     Email address   **stephen@stephendunn-pllc.com; michelle@stephendunn-pllc.com**

**26355 VA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TBL Logistics LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 29, 2024**      X **/s/ Christopher Bradner and Melinda Bradner**
Signature of individual signing on behalf of debtor

**Christopher Bradner and Melinda Bradner**
Printed name

**49% Owner and 51% Owner**
Position or relationship to debtor

# United States Bankruptcy Court
## Western District of Virginia

In re: **TBL Logistics LLC**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the 49% Owner and 51% Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 29, 2024**

**/s/ Christopher Bradner and Melinda Bradner**
**Christopher Bradner and Melinda Bradner**/**49% Owner and 51% Owner**
Signer/Title

| | | |
|---|---|---|
| ALTUS RECEIVABLES MANAGEMENT<br>FOR PILOT FLYING J FLEET<br>2121 AIRLINE DR, STE 250<br>METAIRIE, LA 70002 | CORPORATE INTELLIGENCE SERVICE LLC<br>325 HAMMOND DR #114<br>ATLANTA, GA 30328 | TBL Logistics LLC<br>HALE TRAILER BRAKE & WHEEL<br>551 COOPER RD<br>WEST BERLIN, NJ 08091 |
| AMUR<br>301 W. 3RD STREET<br>PO BOX 2555<br>GRAND ISLAND, NE 68801 | CORPORATE INTELLIGENCE SERVICES<br>26 PLEASANT STREET, STE 3B<br>CONCORD, NH 03301 | HALE TRAILER BRAKE & WHEEL<br>5361 OAKVIEW DR<br>ALLENTOWN, PA 18104 |
| APPOMATTOX COUNTY TREASURER<br>VICTORIA PHELPS, TREASURER<br>329-A COURT STREET<br>APPOMATTOX, VA 24522 | CROSSROADS EQUIPMENT LEASE<br>AND FINANCE LLC<br>9385 HAVE AVE<br>RANCHO CUCAMONGA, CA 91730 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| ATLANTIC PERMITS & SURVERYS INC<br>PO BOX 627<br>PALMYRA, PA 17078 | CROSSROADS EQUIPMENT LEASE & FINANC<br>9385 HAVEN AVE<br>RANCHO CUCAMONGA, CA 91730 | J&N PILOT CAR SERVICES LLC<br>981 HILLY CTY RD NW<br>SUGAR VALLEY, GA 30746 |
| BIBERK FOR BERKSHIRE HATHAWAY<br>DIRECT INSURANCE CO<br>PO BOX 113247<br>STAMFORD, CT 06911 | DENVER COMPTON<br>BROCKMAN, DRINKARD & PENNINGTON<br>104 ARCHWAY CT<br>LYNCHBURG, VA 24502 | KLARNA INC<br>PO BOX 8116<br>COLUMBUS, OH 43201 |
| BMO<br>300 E. JOHN CARPENTER FREEWAY<br>STE 500<br>IRVING, TX 75062 | DISCOUNT TRUCK TIRES LLC<br>2923 ELKTON FARM RD<br>FOREST, VA 24551 | LOAD CHASERS PILOT CAR SER<br>5010 CHESTNUT RD<br>SOUTH CHARLESTON, WV 25309 |
| BRANDON TURLINGTON<br>506 CARTERET STREET<br>BATH, NC 27808 | FDOT<br>PO BOX 31241<br>2023, FL 33631-3241 | LOVE'S TRAVEL STOPS & COUN<br>10601 N. PENNSYLVANIA AVE<br>OKLAHOMA CITY, OK 73120 |
| CHRISTOPHER BRADNER<br>993 POLICE TOWER RD<br>APPOMATTOX, VA 24522 | FOUNTAIN<br>8331 E. WALKER SPRINGS LN<br>STE 203<br>KNOXVILLE, TN 37923 | MARYLAND TRANSPORTATION A<br>PO BOX 12853<br>PHILADELPHIA, PA 19176-0853 |
| CITIZENS BANK<br>CEO, BRUCE VAN SAUN<br>1 CITIZENS PLAZA<br>PROVIDENCE, RI 02903 | FOUNTAIN FINANCIAL<br>8331 E. WALKER SPRINGS LN<br>STE 203<br>KNOXVILLE, TN 37923 | MELINDA BRADNER<br>993 POLICE TOWER RD<br>APPOMATTOX, VA 24522 |
| COMMONWEALTH OF VA<br>DEPARTMENT OF MOTOR VEHICLES<br>PO BOX 27412<br>RICHMOND, VA 23269-0001 | HALE TRAILER BRAKE & WHEEL<br>3301 INTEGRITY DR<br>GARNER, NC 27529 | MELINDA BRADNER<br>9930 POLICE TOWER RD<br>APPOMATTOX, VA 24522 |

```
MICHAEL MAYS                          SHEFFIELD FINANCIAL              TBI Logistics LLC
123 ALLENS PARADISE LN                ATTN: BANKRUPTCY                 WSDOT
TYRO, VA 22976                        PO BOX 580229                    310 MAPLE PARK AVE SE
                                      CHARLOTTE, NC 28258              PO BOX 47300
                                                                       OLYMPIA, WA 98504-7300


MOTIVE TECHNOLOGIES INC               SIMMONS BANK
3500 SOUTH DUPONT HWY                 17901 CHENAL PKWY
DOVER, DE 19901                       4TH FLR
                                      LITTLE ROCK, AR 72223


MYREE PRODUCTS                        TRUCK ENTERPRISES INC
C/O KLARNA INC                        PO BOX 4470
PO BOX 8116                           HARRISONBURG, VA 22801-9758
COLUMBUS, OH 43201


NATIONWIDE TRUCKERS PERMIT SVC INC    TRUIST BANK
98 KENWORTH LN                        PO BOX 791622
ROCKINGHAM, VA 22802                  BALTIMORE, MD 21279-1622


OTA-PLATEPAY                          TRUIST BANK
PO BOX 248935                         PO BOX 580340
OKLAHOMA CITY, OK 73124-8935          CHARLOTTE, NC 28258-0340


PILOT TRAVEL CENTERS LLC              TUCKER ALBIN & ASSOCIATES INC
PO BOX 11407                          FOR LOAD CHASERS PILOT CAR SERVICE
BIRMINGHAM, AL 35246-1314             1702 NORTH COLLINS BLVD SUITE 100
                                      RICHARDSON, TX 75080


PILOTCARZ4U, LLC                      VA DEPARTMENT OF TAXATION
PO BOX 864                            PO BOX 1217
WILLISTON, SC 29853                   RICHMOND, VA 23218-1217


PREPASS FINANCIAL SERVICES            VIRGINIA DEPARTMENT OF TAXATION
2500 SOUTH 3850 WEST, STE C           PO BOX 2156
SALT LAKE CITY, UT 84120              RICHMOND, VA 23218


RTS FINANCIAL SERVICE INC             WATCHCARD
9300 METCALF AVE                      C/O GPM EMPIRE LLC
OVERLAND PARK, KS 66212               PO BOX 745736
                                      ATLANTA, GA 30374-5736


SAFETY & COMPLIANCE SERVICES INC      WORTH COUNTY CLERK OF COURT
233 HERSHBERGER RD NW                 1000 CENTRAL AVE
ROANOKE, VA 24012                     NORTHWOOD, IA 50459
```

# United States Bankruptcy Court
## Western District of Virginia

In re: **TBL Logistics LLC**, Debtor(s)

Case No.:
Chapter: **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TBL Logistics LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 29, 2024**
Date

**/s/ Stephen E. Dunn**
**Stephen E. Dunn 26355**
Signature of Attorney or Litigant
Counsel for **TBL Logistics LLC**
**Stephen E. Dunn, PLLC**
**201 Enterprise Drive**
**Suite A**
**Forest, VA 24551**
**434-385-4850 Fax:434-385-8868**
**stephen@stephendunn-pllc.com; michelle@stephendunn-pllc.com**

# United States Bankruptcy Court
## Western District of Virginia

In re **TBL Logistics LLC**  
Debtor(s)

Case No.  
Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

We, **Scott Bradner and Mindy Bradner**, declare under penalty of perjury that we are the **51% Owner and $49% Owner** of **TBL Logistics LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **27th** day of **February**, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Scott Bradner and Mindy Bradner, 51% Owner and $49% Owner** of this Corporation, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Scott Bradner and Mindy Bradner, 51% Owner and $49% Owner** of this Corporation are authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Scott Bradner and Mindy Bradner, 51% Owner and $49% Owner** of this Corporation are authorized and directed to employ **Stephen E. Dunn 26355**, attorney and the law firm of **Stephen E. Dunn, PLLC** to represent the corporation in such bankruptcy case."

Date **February 27, 2024**

Signed **/s/ Christopher Bradner**  
**/s/ Mindy Bradner**

Resolution of Board of Directors
of
**TBL Logistics LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Scott Bradner and Mindy Bradner**, **51% Owner and $49% Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Scott Bradner and Mindy Bradner**, **51% Owner and $49% Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Scott Bradner and Mindy Bradner**, **51% Owner and $49% Owner** of this Corporation is authorized and directed to employ **Stephen E. Dunn 26355**, attorney and the law firm of **Stephen E. Dunn, PLLC** to represent the corporation in such bankruptcy case.

Date  **February 26, 2024**                         Signed  _____

Date  **February 26, 2024**                         Signed  _____